# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABE DRAPEL,

    Defendant.

Case No. 2:07-CR-00007-KJD-RJJ

**ORDER**

Before the Court is Defendant Gabe Drapel's Motion for Nunc Pro Tunc Clarification of Judgment (#181). The United States opposed (#183) to which Defendant replied (#184).

I. Background

Defendant asserts that "had the Court been aware of Petitioner's long term pre-trial and pre-sentence commitment in the NLVDC [North Las Vegas Detention Center], it would have been the Court's intent to give Petitioner additional jail credit." Defendant then petitions the Court for "double jail credit, or an appropriate amount as the Court determines[.]"

II. Discussion

While the courts have some power to modify a term of imprisonment once it has been imposed, that power is strictly limited by 18 U.S.C. § 3582(c). Defendant does not appear to qualify

for sentence modification under any provision of § 3582(c), nor does Defendant allege any such qualification

III. Conclusion

**IT IS HEREBY ORDERED THAT** Defendant's Motion for Nunc Pro Tunc Clarification of Judgment (#181) is **DENIED** as beyond the authority of this Court.

DATED this 28th day of May 2013.

_____
Kent J. Dawson
United States District Judge